```
                              FILED
                              May 24, 2011
                              CLERK, US DISTRICT COURT
                              EASTERN DISTRICT OF
                              CALIFORNIA
                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:11-cr-00226 LKK |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| JORDAN ROBERT WIRTZ, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Jordan Robert Wirtz ; Case 2:11-cr-00226 LKK  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured Appearance Bond in the amount of $100,000.00, cosigned by Arden Martin, to be replaced by a $100,000.00 secured bond, secured by all available equity in the real property owned by Mr. Martin within three weeks.

    \_    Appearance Bond with 10% Deposit

    X    (Other) Pretrial Supervision/Conditions.

Issued at  Sacramento, CA  on   5/24/2011   at  3:00 p.m.

By  _____
Kendall J. Newman
United States Magistrate Judge