```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>PATRICIA JANE ALBRIGHT, and<br>JORDAN ROBERT WIRTZ,<br><br>              Defendants. | CR. S 2:11-0226 LKK<br><br>STIPULATION AND<br>ORDER CONTINUING<br>STATUS CONFERENCE AND EXCLUDING<br>TIME |

    The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, and defendants, Patricia Jane Albright, through her attorney of record, Zenia Gilg, and Jordan Robert Wirtz, through his attorney of record Carrie Kostiner, hereby stipulate and agree that the status conference set for June 28, 2011, be continued to July 26, 2011, at 9:15 a.m.

    The parties submit that the ends of justice are served by

1 the Court excluding time, so that counsel for each defendant may
2 have reasonable time necessary for effective preparation, taking
3 into account the exercise of due diligence.  18 U.S.C. §
4 3161(h)(7)(B)(iv); Local Code T4.  Therefore, the parties have
5 agreed and respectfully request that the Court set the date of
6 July 26, 2011, at 9:15 a.m., for the status conference.
7      Accordingly, the parties stipulate that time be excluded
8 pursuant to 18 U.S.C. § 3161(h)(7)(F) and Local Code T4, to give
9 the defendants time to further review the discovery and to
10 adequately prepare.

12 IT IS SO STIPULATED.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: June 22, 2011                By: /s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


DATED: June 22, 2011                By:  /s/ Zenia Gilg
                                    ZENIA GILG
                                    Attorney for Defendant
                                    PATRICIA JANE ALBRIGHT


DATED: June 22, 2011                By:  /s/ Carrie Kostiner
                                    CARRIE KOSTINER
                                    Attorney for Defendant
                                    JORDAN ROBERT WIRTZ
```

**ORDER**

For the reasons stated above, the status conference in case number CR. S-2:11-0226 LKK, currently set for June 28, 2011, is continued to July 26, 2011; and the time beginning June 28, 2011, and extending through July 26, 2011, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)and Local Code T4.

IT IS SO ORDERED.

DATED: June 24, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT