

```
1  John R. Manning
   Attorney at Law
2  Ca. St. Bar No. 220874
   1111 H Street, Suite 204
3  Sacramento, CA  95814
   Telephone:  (916) 444-3994
4  jmanning@foothill.net

5  Attorney for Defendant
   JORDAN WIRTZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-11-226 LKK *DAD* |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER TO EXTEND TIME TO |
| v. ) | POST PROPERTY BOND |
| JORDAN WIRTZ ) | |
| Defendant. ) | Judge: Hon. Dale A. Drozd |

    On May 24, 2011, the Honorable Kendall J. Newman ordered defendant Wirtz ordered released on a $100,000.00 unsecured bond, co-signed by Mr. Martin, to be replaced by a secured bond, secured by the real property owned by Mr. Martin, within three weeks. On June 13, 2011, the Honorable Kendall J. Newman ordered defendant Jordan Wirtz release on a $100,000 Unsecured Bond, co-signed by Mr. and Mrs. Devitt (the defendant's aunt and uncle), to be replaced with the posting of property by Mr. and Mrs. Devitt by July 5, 2011.

    Mr. Wirtz's relatives that are posting the property bond live in Nevada. Some of the required paperwork has been received,

1 however not all the paperwork has arrived and additional time is
2 required to gather the remaining paperwork and assimilate the
3 necessary bond information.
4    Accordingly the parties agree that the deadline for posting
5 the property bond may be extended to July 19, 2011. This office
6 has contacted Michael Beckwith of the U.S. Attorney's Office, and
7 the Pretrial Service Officer Becky Fiddleman, and they have no
8 objection to this request.

Dated: July 5, 2011                 Respectfully submitted,

                                    John R. Manning
                                    Attorney at Law
Benjamin Wagner
United States Attorney

/s/ Michael M. Beckwith              /s/ John R. Manning
MICHAEL M. BECKWITH                  JOHN R. MANNING
Assistant U.S. Attorney              Attorney at Law
Attorney for the United States       Attorney for Defendant
                                     Jordan Wirtz

John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994
jmanning@foothill.net

Attorney for Defendant
JORDAN WIRTZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )     CR NO. S-11-0226 LKK
                                    )
        Plaintiff,                  )
                                    )     ORDER EXTENDING TIME TO
    v.                              )     POST PROPERTY BOND
                                    )
JORDAN WIRTZ,                       )
                                    )     Judge:  Hon. Dale A. Drozd
        Defendant.                  )
_____)
                                    )

   For good cause appearing, the due date for posting of a secured property bond in this matter shall be continued to July 19, 2011.

IT IS SO ORDERED.

Dated: 7/11/11

                                    _____
                                    Hon. Dale A. Drozd
                                    US Magistrate Judge