JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JORDAN WIRTZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR-S-11-226 GEB |
|                            ) | |
|     Plaintiff,             ) | |
|                            ) | STIPULATION AND |
|                            ) | [PROPOSED ORDER] CONTINUING |
| v.                         ) | STATUS CONFERENCE |
|                            ) | |
| PATRICIA ALBRIGHT, and     ) | |
| JORDAN WIRTZ,              ) | Date:  August 12, 2011 |
|                            ) | Time:  9:00 a.m. |
|     Defendants.            ) | Judge: Honorable Garland E. Burrell, Jr. |
|                            ) | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Patricia Albright, Timothy Zindel, Esq., and counsel for defendant Jordan Wirtz, John R. Manning, Esq., that the status conference presently set for July 22, 2011 be **continued to August 12, 2011, at 9:00 a.m.,** thus **vacating** the presently set status conference.

    Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties stipulation, July 19, 2011, to and including August 12, 2011. The defense requests more time to review the discovery and conduct investigation.

1  IT IS SO STIPULATED.

2  Dated: July 19, 2011                                /s/  Timothy Zindel
3                                                      TIMOTHY ZINDEL
                                                       Attorney for Defendant
4                                                      Patricia Albright

5  Dated: July 19, 2011                                /s/  John R. Manning
6                                                      JOHN R. MANNING
                                                       Attorney for Defendant
7                                                      Jordan Wirtz

8

9  Dated: July 19, 2011                                Benjamin B. Wagner
                                                       United States Attorney
10

11                                             by:     /s/ Michael M. Beckwith
                                                       MICHAEL M. BECKWITH
12                                                     Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JORDAN WIRTZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICIA ALBRIGHT, and,<br>JORDAN WIRTZ,<br><br>    Defendants. | No. CR-S-11-226 GEB<br><br>[PROPOSED] ORDER TO<br> CONTINUE STATUS CONFERENCE |

GOOD CAUSE APPEARING, it is hereby ordered that the July 22, 2011 status conference be continued to August 12, 2011 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T4 (preparation by defense counsel).

IT IS SO ORDERED.

DATED: July 20, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

3