FILED

SEP -6 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

1 | John R. Manning
Attorney at Law
2 | Ca. St. Bar No. 220874
1111 H Street, Suite 204
3 | Sacramento, CA  95814
Telephone:  (916) 444-3994
4 | jmanninglaw@yahoo.com

5 | Attorney for Defendant
JORDAN WIRTZ

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | ) | CR NO. S-11-226 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER TO EXTEND TIME TO POST PROPERTY BOND |
| JORDAN WIRTZ | ) | |
| Defendant. | ) | Judge:  Hon. Dale A. Drozd |

16

17        On May 24, 2011, the Honorable Kendall J. Newman ordered

18 defendant Wirtz released on a $100,000.00 unsecured bond, co-

19 signed by Mr. Martin, to be replaced by a secured bond, secured

20 by the real property owned by Mr. Martin, within three weeks.  On

21 June 13, 2011, the Honorable Kendall J. Newman ordered defendant

22 Jordan Wirtz released on a $100,000 Unsecured Bond, co-signed by

23 Mr. and Mrs. Devitt (the defendant's aunt and uncle), to be

24 replaced with the posting of property by Mr. and Mrs. Devitt by

25 July 5, 2011.

26        On, or about, July 5, 2011, the Court, at the request of the

27 Mr. Wirtz (and with the agreement of the Government) agreed to

28

1

1  continue the due date for the bond paperwork to July 19, 2011.

2      The bond paper work was submitted to the Government for

3  review.  Ultimately, the Government reviewed the documents and

4  requested the Defense make minor changes to the documents before

5  they are filed.  The Defense was informed of the Government's

6  request on August 29, 2011.  The changes, though minor, will

7  require the documents to be re-drafted and notarized again.

8      Accordingly the parties agree that the deadline for posting

9  the property bond may be extended to September 30, 2011.  This

10 office has contacted Michael Beckwith of the U.S. Attorney's

11 Office, and the Pretrial Service Officer Becky Fidelman, and they

12 have no objection to this request.

13
   Dated: August 30, 2011                Respectfully submitted,
14
                                         John R. Manning
15                                        Attorney at Law
   Benjamin Wagner
16 United States Attorney

17 /s/ Michael M. Beckwith          _    /s/ John R. Manning_____
   MICHAEL M. BECKWITH                   JOHN R. MANNING
18 Assistant U.S. Attorney               Attorney at Law
   Attorney for the United States        Attorney for Defendant
19                                        Jordan Wirtz

20

21

22

23

24

25

26

27

28

                                    2

1 John R. Manning
Attorney at Law
2 Ca. St. Bar No. 220874
1111 H Street, Suite 204
3 Sacramento, CA  95814
Telephone:  (916) 444-3994
4 jmanninglaw@yahoo.com

5 Attorney for Defendant
JORDAN WIRTZ
6

7
            IN THE UNITED STATES DISTRICT COURT
8
         FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
UNITED STATES OF AMERICA,      )     CR NO. S-11-0226 GEB
11                             )
            Plaintiff,         )
12                             )     ORDER EXTENDING TIME TO
     v.                        )     POST PROPERTY BOND
13                             )
JORDAN WIRTZ,                  )
14                             )     Judge:  Hon. Dale A. Drozd
            Defendant.         )
15 _____ )
                               )
16
     For good cause appearing, the due date for posting of a
17
secured property bond in this matter shall be continued to
18
September 30, 2011.
19

20 IT IS SO ORDERED.

21
Dated:  9/6/11
22                                  Hon. Dale A. Drozd
                                    US Magistrate Judge
23

24

25

26

27

28

                                   3