```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
JORDAN WIRTZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JORDAN WIRTZ<br><br>　　　　Defendant.<br>_____ | CR NO. S-11-226 GEB<br><br>STIPULATION AND<br>ORDER TO EXTEND TIME TO<br>POST PROPERTY BOND<br><br>Judge:  Hon. Kendall J. Newman |

　　　On May 24, 2011, the Honorable Kendall J. Newman ordered defendant Wirtz released on a $100,000.00 unsecured bond, co-signed by Mr. Martin, to be replaced by a secured bond, secured by the real property owned by Mr. Martin, within three weeks.  On June 13, 2011, the Honorable Kendall J. Newman ordered defendant Jordan Wirtz released on a $100,000 Unsecured Bond, co-signed by Mr. and Mrs. Devitt (the defendant's aunt and uncle), to be replaced with the posting of property by Mr. and Mrs. Devitt by July 5, 2011.

　　　On, or about, July 5, 2011, the Court, at the request of the Mr. Wirtz (and with the agreement of the Government) agreed to

1

1 continue the due date for the bond paperwork to July 19, 2011.
2    The bond paper work was submitted to the Government for
3 review.  Ultimately, the Government reviewed the documents and
4 requested the Defense make minor changes to the documents before
5 they were filed.  The Defense was informed of the Government's
6 request on August 29, 2011.  The changes, though minor, required
7 the documents to be re-drafted and notarized again.
8 Consequently, the Parties Stipulated to continuing the "due date"
9 for the bond paperwork to September 30, 2011.
10    The Surety was provided with the new bond documents, which
11 they signed and had notarized.  When the Surety attempted to file
12 the documents in the County Recorders Office (in Nevada, where
13 the property is located), the clerk at the Recorders Office
14 advised the Surety not to file the document(s).  The Clerk
15 (incorrectly) informed the Surety of the conditions and
16 circumstances under which the Court may seek to seize the
17 Surety's property.
18    Candidly, I have never encountered this specific issue in
19 dealing with property bonds. The concerns raised by the Clerk at
20 the Recorders Office really frightened the Surety.  That said,
21 the Surety absolutely remains willing to post their property on
22 behalf of Mr. Wirtz.  Counsel for Mr. Wirtz needs additional time
23 to work this issue out.  There may be different documents, more
24 specific to Nevada, that can be used as an alternative for what
25 is commonly used here (in this District).
26    Accordingly the parties agree that the deadline for posting
27 the property bond may be extended to October 30, 2011.  This
28 office has contacted Michael Beckwith of the U.S. Attorney's

2

1 | Office, and he has no objection to this request.

2 | Dated: October 7, 2011                          Respectfully submitted,

3 |                                                  John R. Manning
                                                    Attorney at Law

4 | Benjamin Wagner
    United States Attorney

5 |
    /s/ Michael M. Beckwith                         /s/ John R. Manning
6 | MICHAEL M. BECKWITH                             JOHN R. MANNING
    Assistant U.S. Attorney                         Attorney at Law
7 | Attorney for the United States                  Attorney for Defendant
                                                    Jordan Wirtz

```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
JORDAN WIRTZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-11-0226 GEB |
| ) | |
| Plaintiff, ) | |
| ) | ORDER EXTENDING TIME TO |
| v. ) | POST PROPERTY BOND |
| ) | |
| JORDAN WIRTZ, ) | |
| ) | Judge:  Hon. Kendall J. Newman |
| Defendant. ) | |
| _____) | |
| ) | |

For good cause appearing, the due date for posting of a secured property bond in this matter shall be continued to October 30, 2011.

IT IS SO ORDERED.

Dated:  October 7, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

4