JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JORDAN WIRTZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>PATRICIA ALBRIGHT, and<br>JORDAN WIRTZ,<br><br>  Defendants. | No. CR-S-11-226 GEB<br><br>STIPULATION AND<br>[PROPOSED ORDER] CONTINUING<br>STATUS CONFERENCE<br><br>Date:  December 2, 2011<br>Time:  9:00 a.m.<br>Judge:  Honorable Garland E. Burrell, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Patricia Albright, Timothy Zindel, Esq., and counsel for defendant Jordan Wirtz, John R. Manning, Esq., that the status conference presently set for October 21, 2011 be **continued to December 2, 2011, at 9:00 a.m.,** thus **vacating** the presently set status conference.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties stipulation, October 20, 2011, to and including December 2, 2011.  The defense requests more time to review the discovery and conduct investigation.

1

IT IS SO STIPULATED.

Dated: October 20, 2011                                          /s/  Timothy Zindel
                                                                TIMOTHY ZINDEL
                                                                Attorney for Defendant
                                                                Patricia Albright

Dated: October 20, 2011                                          /s/  John R. Manning
                                                                JOHN R. MANNING
                                                                Attorney for Defendant
                                                                Jordan Wirtz

Dated: October 20, 2011                                         Benjamin B. Wagner
                                                                United States Attorney

                                                    by:         /s/ Michael M. Beckwith
                                                                MICHAEL M. BECKWITH
                                                                Assistant U.S. Attorney

1  JOHN R. MANNING (SBN 220874)
   ATTORNEY AT LAW
2  1111 H Street, # 204
3  Sacramento, CA. 95814
   (916) 444-3994
4  Fax (916) 447-0931

5  Attorney for Defendant
   JORDAN WIRTZ
6

7              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9

10  UNITED STATES OF AMERICA,        )   No. CR-S-11-226 GEB
                                     )
11         Plaintiff,                )
                                     )   [PROPOSED] ORDER TO
12  v.                               )    CONTINUE STATUS CONFERENCE
                                     )
13                                   )
    PATRICIA ALBRIGHT, and,          )
14  JORDAN WIRTZ,                    )
                                     )
15         Defendants.               )
                                     )
16                                   )

17  _____

18

19      The Court, having received, read, and considered the stipulation of the parties, and good

20  cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based

21  on the stipulation of the parties and the recitation of facts contained therein, the Court finds that

22  it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within

23  the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the

24  failure to grant a continuance in this case would deny defense counsel to this stipulation

25  reasonable time necessary for effective preparation, taking into account the exercise of due

26  diligence. The Court finds that the ends of justice to be served by granting the requested

27  continuance outweigh the best interests of the public and the defendants in a speedy trial.

28

       The Court orders that the time from the date of the parties' stipulation, October 20, 2011, to and including December 2, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare).  It is further ordered that the October 21, 2011, status conference shall be continued until December 2, 2011, at 9:00 a.m.

IT IS SO ORDERED.

**Date:  10/20/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge