JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JORDAN WIRTZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PATRICIA ALBRIGHT, and<br>JORDAN WIRTZ,<br><br>　　　　Defendants. | No. CR-S-11-226 GEB<br><br>STIPULATION AND<br>[PROPOSED ORDER] CONTINUING<br>STATUS CONFERENCE<br><br>Date:  May 18, 2012<br>Time:  9:00 a.m.<br>Judge:  Honorable Garland E. Burrell, Jr. |

　　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Patricia Albright, Timothy Zindel, Esq., and counsel for defendant Jordan Wirtz, John R. Manning, Esq., that the status conference presently set for April 20, 2012, be **continued to May 18, 2012, at 9:00 a.m.,** thus **vacating** the presently set status conference.

　　　　Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties stipulation, April 19, 2012, to and including May 18, 2012.

The defense requests more time to review materials seized by the IRS, review discovery and conduct investigation.

IT IS SO STIPULATED.

Dated: April 17, 2012                            /s/  Timothy Zindel
                                                 TIMOTHY ZINDEL
                                                 Attorney for Defendant
                                                 Patricia Albright

Dated: April 16, 2012                            /s/  John R. Manning
                                                 JOHN R. MANNING
                                                 Attorney for Defendant
                                                 Jordan Wirtz

Dated: April 18, 2012                            Benjamin B. Wagner
                                                 United States Attorney

                                          by:    /s/ Michael M. Beckwith
                                                 MICHAEL M. BECKWITH
                                                 Assistant U.S. Attorney

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, April 19, 2012, to and including May 18, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare). It is further ordered that the April 20, 2012, status conference shall be continued until May 18, 2012, at 9:00 a.m.

IT IS SO ORDERED.

**Date: 4/19/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge