```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )
                                   )  CR. S 2:11-0226 GEB
12           Plaintiff,            )
                                   )  STIPULATION AND [PROPOSED] ORDER
13                                 )  CONTINUING JURY TRIAL AND
         v.                        )  EXCLUDING TIME
14                                 )
    PATRICIA JANE ALBRIGHT, and    )
15  JORDEN ROBERT WIRTZ,           )
                                   )
16           Defendants.           )  Hon. GARLAND E. BURRELL, JR.
                                   )
17
18
19       The United States of America, through its counsels of
20  record, Benjamin B. Wagner, United States Attorney for the
21  Eastern District of California, and Michael M. Beckwith,
22  Assistant United States Attorney, defendant Patricia Jane
23  Albright through her counsel of record, Matthew McCrary Scoble,
24  and Jordan Robert Wirtz through his counsel of record, John
25  Richard Manning, hereby stipulate and agree that the jury trial
26  date of March 26, 2013, at 9:00 a.m. be vacated and the new date
27  of April 2, 2013, be set.  The trial confirmation hearing date of
28  February 22, 2013, shall remain the same.
```

1

1     The reason for this continuance is to allow defense counsel
2 additional time to review discovery with the defendant, to
3 examine possible defenses and to continue investigating the facts
4 of this case.
5     Based upon the foregoing, the parties agree that the time
6 under the Speedy Trial Act should be excluded from the date of
7 signing of this order through and including April 4, 2013,
8 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable
9 time to prepare] and Local Code T4 based upon continuity of
10 counsel and defense preparation.
11
12
13                                                   BENJAMIN B. WAGNER
                                                United States Attorney
14
15 Dated: January 15, 2013      By: /s/Michael M. Beckwith
                                                MICHAEL M. BECKWITH
16                                                Assistant U.S. Attorney
                                               Attorney for Plaintiff
17
18 DATED: January 15, 2013      By: /s/ Matthew McCrary Scoble
                                               MATTHEW MCCRARY SCOBLE
19                                                Attorney for Defendant
                                               PATRICIA JANE ALBRIGHT
20
21 DATED: January 15, 2013      By: /s/ John Richard Manning
                                               JOHN RICHARD MANNING
22                                                Attorney for Defendant
                                               JORDAN ROBERT WIRTZ
23
24
25
26
27
28

**ORDER**

Upon Good cause shown and the stipulation of all parties, it is ordered that the March 26, 2013, jury trial be continued to April 2, 2013. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). It is ordered that time up to and including April 2, 2013 shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to . 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

IT IS SO ORDERED.

Dated:  January 15, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge