BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR. S-11-0226 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| PATRICIA JANE ALBRIGHT, AND JORDAN ROBERT WIRTZ, | DATE: December 19, 2013
COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for a Motions Hearing on December 12, 2013.

2. By this stipulation, the parties now move to continue the Motions Hearing until December 19, 2013, at 9:30 a.m., and to exclude time between December 12, 2013, and December 19, 2013, under Local Code T4 and E.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The parties desire additional time to prepare.

   b. The parties believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   c. The government does not object to the continuance.

   d. Based on the above-stated findings, the ends of justice served by continuing the

case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 12, 2013 to December 19, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

   f. Additionally, motions were filed by the defendants on September 14, 2013. As such, time should be excluded from September 14, 2013, to December 19, 2013 pursuant to 18 U.S.C.§ 3161(h)(1)(D) [Local Code E).

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 2, 2013        BENJAMIN B. WAGNER
                     United States Attorney

                     /s/ MICHAEL M. BECKWITH
                     MICHAEL M. BECKWITH
                     Assistant United States Attorney

Dated:  December 2, 2013        /s/ KELLY BABINEAU
                     Kelly Babineau
                     Counsel for Defendant
                     Patricia Jane Albright

Dated:  December 2, 2013        /s/ JOHN MANNING
                     John Manning
                     Counsel for Defendant
                     Jordan Robert Wirt

**ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of December, 2013

Troy L. Nunley
United States District Judge