1 | SCOTT N. CAMERON (SBN 226605)
2 | Attorney at Law
  | 1007 7th Street, Suite 319
3 | Sacramento, CA 95814
  | Ph. 916-769-8842
4 |
5 | Attorney for:
  | JORDAN WIRTZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 11-CR-00226 TLN |
|---|---|
| Plaintiff, | **STIPULATION REGARDING SEALING OF CONFIDENTIAL PORTION OF LETTER FILED BY DEFENDANT ALBRIGHT** |
| v. | |
| PATRICIA ALBRIGHT and JORDAN WIRTZ, | |
| Defendants, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, defendant JORDAN WIRTZ, by and through his counsel of record, Scott N. Cameron, and PATRICIA ALBRIGHT, by and through her counsel of record, Kelly Babineau, hereby stipulate as follows:

1. On April 10, 2014, the Court filed a letter it received directly from defendant Albright. (ECF Document 189.)

2. Pages three through seven (as numbered in the header by ECF) of ECF Document 189 is contains the contents of a confidential email that defendant Witz sent to his attorney and his Pretrial Service Officer. The letter contains very private information.

3. The parties stipulate and agree that pages three though seven of ECF Document 189

1

may be removed from ECF Document 189 and filed separately under seal. As such the parties move the Court for such an order.

The parties have provided attorney for defendant Wirtz permission to sign this stipulation on their behalf.

IT IS SO STIPULATED.

DATED:     May 13, 2014

/s/ Michael Beckwith_____
MICHAEL BECKWITH
Assistant United States Attorney

DATED:     May 13, 2014

/s/ Scott Cameron
SCOTT N. CAMERON
Counsel for JORDAN WIRTZ

DATED:     May 13, 2014

/s/ Kelly Babineau
KELLY BABINEAU
Counsel for PATRICIA ALBRIGHT

**O R D E R**

IT IS SO FOUND AND ORDERED this 13th day of May, 2014.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE