BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
JUSTIN L. LEE
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00226-TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | RE: DEPOSITION |
| | ) | |
| PATRICIA JANE ALBRIGHT, and | ) | Date:  May 15, 2014 |
| JORDAN ROBERT WIRTZ, | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Troy L. Nunley |
| Defendants. | ) | |
| | ) | |
| | ) | |

## STIPULATION

The United States, by and through its undersigned counsel, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1. This matter is set for Jury Trial beginning July 28, 2014.

2. At trial, the United States intends to call Leslie Rivera.  Ms. Rivera is a former employee at CVS who processed several photographs for defendant Albright.  Ms. Rivera is expected to testify regarding (1) the policies and procedures of the CVS photo lab, (2) the operation of the photo processing equipment at CVS, and (3) the authenticity of several photographs that the

United States intends to offer into evidence.  Ms. Rivera is currently pregnant with an expected due date of August 21, 2014. Ms. Rivera lives in Southern California.  Requiring Ms. Rivera to travel to Sacramento to testify during the scheduled trial dates presents an undue hardship and significant medical risk to Ms. Rivera.

3. All parties are available and have agreed to conduct a deposition on May 15, 2014, at 9:00 a.m.

4. Defendant Wirtz is currently in custody.  The United States will make arrangements to have defendant Wirtz brought to the courthouse so that he may participate in the deposition.

5. Pursuant to Rule 15(h) of the Federal Rules of Criminal Procedure, the "parties may by agreement take and use a deposition with the court's consent."

6. By this Stipulation, the parties request that the Court consent to the parties planned deposition of Ms. Rivera on May 15, 2014, at 9:00 a.m. to be taken at the ROBERT T. MATSUI FEDERAL COURTHOUSE, 501 I Street, Sacramento, CA 95814.

///
///
///
///
///
///
///
///
///
///

7. The parties have agreed to take the deposition.  The parties have not, however, agreed that the deposition will be admissible at the July 2014 trial.  Pursuant to Rule 15(f), "[a]n order authorizing a deposition to be taken under this rule does not determine its admissibility.  A party may use all or part of a deposition as provided by the Federal Rules of Evidence."

**IT IS SO STIPULATED.**

DATED: May 10, 2014         /s/ Justin L. Lee
                            JUSTIN L. LEE
                            Assistant U.S. Attorney

DATED: May 10, 2014         /s/ Scott Cameron
                            SCOTT CAMERON
                            Attorney for Jordan Wirtz

DATED: May 10, 2014         /s/ Kelly Babineau
                            KELLY BABINEAU
                            Attorney for Patricia Albright

### ORDER

The parties are hereby authorized to take the deposition of witness Leslie Rivera on May 15, 2014, at 9:00 a.m.  This authorization does not determine the admissibility of all or parts of the deposition.


IT IS SO FOUND AND ORDERED, this 14th day of May, 2014.



                            _____
                            Troy L. Nunley
                            United States District Judge