1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0226 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE TRIAL CONFIRMATION HEARING |
| v. | |
| PATRICIA ALBRIGHT, and JORDAN ROBERT WIRTZ, | |
| Defendants. | |

The parties in the above matter request that the trial confirmation hearing currently set for June 19, 2014, at 9:30 a.m., be continued to June 26, 2014, at 9:30 a.m.. On February 6, 2014, the Court found that time was excluded under the Speedy Trial Act up to the currently scheduled trial date of July 28, 2014, for counsels' preparation. The parties submit and stipulate that the ends of justice are served by the Court continuing to exclude such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) Local Code T4.

Dated: June 16, 2014                BENJAMIN B. WAGNER
                                    United States Attorney

Stipulation and Order                        1

Dated: June 16, 2014         /s/ Michael M. Beckwith
                             MICHAEL M. BECKWITH
                             Assistant United States Attorney

Dated: June 16, 2014         /s/ Kelly Babineau
                             KELLY BABINEAU
                             Attorney for defendant Patricia Jane Albright

Dated: June 16, 2014         /s/ Scott N. Cameron
                             SCOTT N. CAMERON
                             Attorney for defendant Jordan Robert Wirtz

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the trial confirmation hearing presently set for June 19, 2014, be continued to June 26, 2014, at 9:30 a.m.  Time is excluded as previously ordered through and including July 28, 2014.  Based on the representation of counsel and good cause appearing therefrom, the Court herby finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv) Local Code T4.

Dated: June 19, 2014

_____
Troy L. Nunley
United States District Judge

Stipulation and Order                    2