BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>JORDAN ROBERT WIRTZ,<br><br>              Defendant. | CASE NO.  CR. S-11-0226 TLN<br><br>ORDER TO CONTINUE STATUS CONFERENCE |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference previously set for August 7, 2014, is hereby vacated.  The new date for the status conference is September 4, 2014.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from June 26, 2014, to and including September 4, 2014, shall be excluded from the computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: July 22, 2014

_____
Troy L. Nunley
United States District Judge