SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
JORDAN WIRTZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00226 TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING CHANGE OF PLEA HEARING** |
| v. | |
| JORDAN WIRTZ, | |
| Defendant, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant JORDAN WIRTZ, by and through his counsel of record, Scott N. Cameron, hereby stipulate as follows:

1. At the request of the parties, this Court set a change of plea hearing for JORDAN WIRTZ on September 11, 2014.

2. Defendant WIRTZ requests to continue the change of plea hearing to September 18, 2014, at 9:30 a.m.

3. Defendant WIRTZ is in custody in the Nevada County Jail. It takes his counsel approximately 2.5 hours to drive (round-trip) to the Nevada County Jail which makes jail visits difficult. Counsel for defendant WIRTZ requests the extra week of time to

1

accommodate the attorney-client visits in preparation for the change of plea hearing.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 4, 2014, to December 1, 2014, inclusive, **has already been deemed excludable** pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  (See ECF Minute Order No. 222.)

Counsel for the government has provided attorney for defendant Wirtz permission to sign this stipulation on his behalf.

IT IS SO STIPULATED.

DATED: September 8, 2014

/s/ Michael Beckwith_____
MICHAEL BECKWITH
Assistant United States Attorney

DATED: September 8, 2014

/s/ Scott Cameron
SCOTT N. CAMERON
Counsel for JORDAN WIRTZ

**O R D E R**

IT IS SO FOUND AND ORDERED this 8th day of September, 2014.

Troy L. Nunley
United States District Judge

2