SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
JORDAN WIRTZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11-CR-00226 TLN |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO EXONERATE BOND AND RECONVEY PROPERTY** |
| v. | |
| JORDAN WIRTZ, et. al., | |
| Defendants, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant JORDAN WIRTZ, by and through his counsel of record, hereby stipulate as follows:

1. Defendant Jordan Wirtz is presently in the custody of the United States Marshals Service, in the Nevada County jail, held on the authority of the detention order of the Honorable Judge Edmund F. Brennan.  (ECF Doc. No. 139.)

2. Defendant Wirtz has plead guilty to a violation of 19 USC 924(c) and his sentencing is scheduled for December 18, 2014.

3. Defendant was previously on pretrial release on a bond (ECF Doc. No. 59) secured by $100,000 of equity pursuant to the deed lodged with the Clerk of the Court.  (ECF

1

Doc. No. 58.)

4. The surety of said bond has contacted the attorney for defendant Wirtz and requested that the bond be exonerated and that the title of the property used to secure the bond be unencumbered by the bond as defendant Wirtz is now in custody and awaiting sentencing.

5. The parties hereby agree that the bond previously used to secure defendant Wirtz's appearance, and tendered to the Clerk of the Court as ECF Doc. No. 59, may be exonerated and that the property used to secure the bond (ECF Doc. No. 58) may be re-conveyed to the sureties guaranteeing said bond.

The government has provided attorney for defendant Wirtz permission to sign this stipulation on his behalf.

IT IS SO STIPULATED.

DATED:   October 28, 2014

/s/ Michael Beckwith
MICHAEL BECKWITH
Assistant United States Attorney

DATED:   October 28, 2014

/s/ Scott Cameron
SCOTT N. CAMERON
Counsel for JORDAN WIRTZ

(This Space Intentionally Left Blank)

2

**O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT, defendant Wirtz's release bond (ECF Doc. No. 59) is hereby exonerated and the Clerk of the Court is directed to re-convey all property securing said bond (ECF Doc. No. 58) to the sureties guaranteeing the bond.

Dated:  October 28, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Wirtz.0226.stip.exon.bond